**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

WILLIAM SCOTT,

    Plaintiff,

vs.

MORRISH-WALLACE CONSTRUCTION,
INC. and GREAT LAKES DIVING COMPANY,
and LANE CORNELIUS, Jointly and Severally,

    Defendants.
_____/

Case No.: 1:07-cv-10800
Honorable Thomas L. Ludington

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS OF ALL CLAIMS**

The above captioned matter having been settled;

IT IS HEREBY ORDERED that the entirety of the above captioned action, and all filed and unfiled claims, counterclaims, cross claims and third party claims between the Defendants that were or could have been filed herein, are **DISMISSED** with prejudice and without costs to any of the parties.

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: August 1, 2008

I STIPULATE TO THE ENTRY OF THE ABOVE CAPTIONED ORDER AND WAIVE NOTICE AND HEARING THEREON:

/s/ Neil A. Davis  (w/permission)
NEIL A. DAVIS (P47046)
Law Office of Neil A. Davis, P.C.
Attorneys for Plaintiff
31550 Northwestern Hwy.
Suite 135
Farmington, MI 48334
(248) 865-7740
ndavislaw@ameritech.net

/s/ Richard A. Dietz (w/permission)
RICHARD A. DIETZ (P31940)
Foster, Meadows & Ballard, P.C.
Attorneys for Defendant Great Lakes Diving
607 Shelby, 7th Floor
Detroit, MI 48226
(313) 961-3234
rdietz@fostermeadows.com

/s/ Philip G. Meyer
PHILIP G. MEYER (17666)
Attorney for Defendant Morrish-Wallace Construction, Inc., only
30300 Northwestern Hwy.
Suite 113
Farmington Hills, MI 48334
(248) 737-0700
pgm@meylaw.com

/s/ Lane Cornelius (w/permission)
Lane Cornelius, pro se
P.O. Box 601
BelAir, MD 21014

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 1, 2008.

        s/Tracy A. Jacobs
        TRACY A. JACOBS

The above captioned matter having been settled;

IT IS HEREBY ORDERED that the entirety of the above captioned action, and all filed and unfiled claims, counterclaims, cross claims and third party claims between the Defendants that were or could have been filed herein, are dismissed with prejudice and without costs to any of the parties.

_____
U.S. District Court Judge

I STIPULATE TO THE ENTRY OF THE ABOVE CAPTIONED ORDER AND WAIVE NOTICE AND HEARING THEREON:

_____
NEIL A. DAVIS (P47046)
Law Office of Neil A. Davis, P.C.
Attorneys for Plaintiff
31550 Northwestern Hwy.
Suite 135
Farmington, MI 48334
(248) 865-7740
ndavislaw@ameritech.net

_____
PHILIP G. MEYER (17666)
Attorney for Defendant Morrish-Wallace Construction, Inc., only
30300 Northwestern Hwy.
Suite 113
Farmington Hills, MI 48334
(248) 737-0700
pgm@meylaw.com

_____
RICHARD A. DIETZ (P31940)
Foster, Meadows & Ballard, P.C.
Attorneys for Defendant Great Lakes Diving
607 Shelby, 7th Floor
Detroit, MI 48226
(313) 961-3234
rdietz@fostermeadows.com

_____
Lane Cornelius, pro se
P.O. Box 601
BelAir, MD 21014